EDWARD C. RADZIK (ER-2473)
McDERMOTT & RADZIK, LLP
Wall Street Plaza
88 Pine Street – 21st Floor
New York, NY 10005-1801

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

TARGET CORPORATION,

        Plaintiff,

- against -

*M/V HANSA BERGEN*, her engines, boilers, appurtenances, etc., and A.P. MOLLER-MAERSK A/S d/b/a MAERSK SEALAND and/or MAERSK LINE,

        Defendant.
-----------------------------------------------------------X

08Civ. 01579 (PKL)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

Target Corporation's shares are public traded on the New York Stock Exchange under the ticker symbol, TGT.

Dated: New York, New York
       February 15, 2008

                                    EDWARD C. RADZIK (ER-2473)
                                    McDermott &Radzik, LLP
                                    Attorneys for Plaintiff
                                    Wall Street Plaza - 88 Pine Street
                                    New York, NY 10005-1801
                                    (212) 376-6400