EDWARD C. RADZIK (ER-2473)
LORI J. QUINN (LQ-1468)
McDERMOTT & RADZIK, LLP
*Attorneys for Plaintiff*
Wall Street Plaza
88 Pine Street – 21st Floor
New York, NY  10005-1801

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

TARGET CORPORATION,

                Plaintiff,

    -  against -

M/V HANSA BERGEN, her engines, boilers, appurtenances, etc., and A.P. MOLLER-MAERSK A/S d/b/a MAERSK-SEALAND and/or MAERSK LINE,

                Defendant.
-------------------------------------------------------X

08 Civ. 01579 (PKL)

**AMENDED COMPLAINT**

Plaintiff, by its attorneys, McDERMOTT & RADZIK, LLP, alleges upon information and belief, as follows:

**FIRST**:  All and singular the following premises are true and constitute an admiralty or maritime claim within the meaning of Rule 9 (h) of the Federal Rules of Civil Procedure and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court.

**SECOND**:  At and during all the times hereinafter mentioned, Plaintiff had and now has the legal status and principal office and place of business stated in Schedule "A", hereto annexed, and by this reference made a part hereof.

**THIRD:** At and during all the times hereinafter mentioned, Defendant had and now has the legal status and office and place of business stated in Schedule "A", and was and now is engaged in business as a common carrier of merchandise by water for hire, and owned, operated, managed, chartered and/or otherwise controlled the vessel above named as a common carrier of merchandise by water for hire.

**FOURTH:** This Court has personal jurisdiction over the Defendant, and venue is proper by reason of Defendant's regular and systematic contacts with the State of New York and by reason of the forum selection clause contained in the bill of lading contract of carriage issued by Defendant, which specifies that disputes under said bill of lading are subject to the jurisdiction of the United States District Court for the Southern District of New York.

**FIFTH:** At and during all the times hereinafter mentioned, the said vessel was and now is a general ship employed in the common carriage of merchandise by water for hire, and now is or will be during the pendency of this action, within this District and within the jurisdiction of this Honorable Court.

**SIXTH:** On or about the date and at the "place of receipt" stated in Schedule "A", there was shipped by the shipper therein named and delivered to Defendant and the said vessel, as common carrier, the shipment described in Schedule "A" then being in good order and condition, and Defendant and the said vessel then and there accepted said shipment so shipped and delivered to them, and in consideration of certain agreed freight charges thereupon paid or agreed to be paid, agreed to transport and carry the said shipment to the port of destination stated in Schedule "A", and there deliver the same in

like good order and condition as when shipped, delivered to and received by them, to the consignees named in Schedule "A".

**SEVENTH:** Thereafter, the said vessel arrived at the port of destination, where it and Defendant made delivery of the shipment, but not in like good order and condition as when shipped, delivered to and received by them, but on the contrary, seriously injured and impaired in value by reason of the matter and things stated in Schedule "A", all in violation of Defendant's and the said vessel's obligations and duties as a common carrier of merchandise by water for hire.

**EIGHTH:** Plaintiff was the shipper, consignee or owner of the shipments described in Schedule "A" and brings this action on its own behalf and as agent or trustee on behalf of and for the interest of all parties who may be or become interested in the said shipment, as its respective interests may ultimately appear, and Plaintiff is entitled to maintain this action.

**NINTH:** By reason of the premises, Plaintiff has sustained damages, as nearly as the same can now be estimated, no part of which has been paid although duly demanded, in the sum of $111,431.75.

**WHEREFORE**, Plaintiff prays:

       1.     That process in due form of law may issue against Defendant citing it to appear and answer all and singular the matters aforesaid;

       2.     That if Defendant cannot be found within this District, then all its property within this District as shall be described in Schedule "A", be attached in the sum of $111,431.75, with interest thereon and costs, the sum sued for in this Complaint;

3.    That Judgment may be entered in favor of Plaintiff against Defendant for the amount of Plaintiff's damages, together with interest and costs and the disbursements of this action;

4.    That process in due form of law according to the practice of this Court in causes of admiralty and maritime claims, may issue against said vessel, her engines, etc., and that all persons having or claiming any interest therein be cited to appear and answer under oath, all and singular the matter aforesaid, and that this Court will be pleased to pronounce judgment in favor of Plaintiff for its damages as aforesaid, with interest, costs and disbursements, and that the said vessel may be condemned and sold to pay therefor; and

5.    That this Court will grant to Plaintiff such other and further relief as may be just and proper.

Dated:        New York, New York
              April 24, 2008

                             McDERMOTT & RADZIK, LLP
                             Attorney for Plaintiff,


            BY:    _____
                             EDWARD C. RADZIK (ER-2473)
                             LORI J. QUINN (LQ-1468)
                             Wall Street Plaza
                             88 Pine Street
                             New York, New York  10005-1801
                             (212) 376-6400
                             (File:  7-07-7050 ECR/LJQ)

- 4 -

- 5 -

TO:   Wayne D. Meehan, Esq.
       Freehill Hogan & Mahar
       80 Pine Street
       New York, NY  10005-1759
       (212) 425-1900

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) SS.:
COUNTY OF NEW YORK         )

Patricia A. Frattini, being duly sworn, deposes and says:

1. I am employed by the firm of McDERMOTT & RADZIK, LLP, attorneys for the Plaintiff. I am not a party to this action, am over 18 years of age.

2. On April 24, 2008, I served the annexed **Amended Complaint** upon the following:

> Wayne D. Meehan, Esq.
> Freehill Hogan & Mahar
> 80 Pine Street
> New York, NY  10005-1759

at the addresses designated by said attorneys for that purpose, by depositing true copies of same enclosed in postpaid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York.

_Patricia J. Frattini_
Patricia A. Frattini

Sworn to before me this
24th day of April, 2008

_Lori Quinn_
Notary Public

LORI J. QUINN
Notary Public, State of New York
No. 01QU5062709
Qualified in Nassau County
Commission Expires July 1, 20__