# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

## APPEARANCE

Case Number:  08 Civ 01579 (PKL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Target Corporation

I certify that I am admitted to practice in this court.

| 5/15/2008 | | _(signature)_ | |
|---|---|---|---|
| Date | | Signature | |
| | | Lori J. Quinn | LQ1468 |
| | | Print Name | Bar Number |
| | | Wall St. Plaza, 88 Pine Street, 21st Floor | |
| | | Address | |
| | | New York | NY | 10005 |
| | | City | State | Zip Code |
| | | (212) 376-6400 | (212) 376-6490 |
| | | Phone Number | Fax Number |