132-08/WDM/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendants A.P. Moller-Maersk A/S
d/b/a Maersk-Sealand and/or Maersk Line
80 Pine Street
New York, New York 10005
(212) 425-1900
Wayne D. Meehan (WM 9102)
William J. Pallas (WP 6201)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
TARGET CORPORATION,

                    Plaintiff,

       - against -

M/V HANSA BERGEN, her engines, boilers,
appurtenances, etc., and A.P. MOLLER-
MAERSK A/S d/b/a MAERSK-SEALAND
and/or MAERSK LINE,
                    Defendant
-----------------------------------------------------------

08 CV 01579 (PKL)

**Rule 7.1 Statement**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant A.P. Moller-Maersk A/S, certifies that there are no corporate parents, subsidiaries or affiliates that are publicly traded.

Dated:   New York, New York
          July 2, 2008

                                  FREEHILL, HOGAN & MAHAR LLP
                                  Attorneys for Defendant
                                  A.P. MOLLER-MAERSK A/S

           By: _____
                  Wayne D. Meehan (WM 9102
                  William J. Pallas (WP 6201)
                  80 Pine Street, 24th Floor
                  New York, NY 10005-1759
                  (212) 425-1900

TO:  McDermott & Radzik, LLP
     88 Pine Street
     New York, NY 10005-1801
     Attn:  Edward C. Radzik, Esq.
            Lori J. Quinn, Esq.